IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVALOUS JAMON BROWN,

    Plaintiff,

v.                                               CV 17-944 JB/JHR

LAS CRUCES POLICE DEPARTMENT, CITY OF;
DONA ANA COUNTY SHERIFF DEPARTMENT;
DONA ANA COUNTY DETENTION CENTER; et al;

    Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE

Defendants Doña Ana County and Deputy Chase Thouvenell, by and through counsel, HOLT MYNATT MARTÍNEZ P.C. (Damian L. Martínez) and Davalous Jamon Brown, *pro se*, respectfully request that the Court dismiss the entirety of Plaintiff's claims against Doña Ana County and Deputy Chase Thouvenell with prejudice.

As grounds therefore, the Parties would respectfully show the Court that a settlement has been reached between them.

                                          Respectfully submitted,

                                          HOLT MYNATT MARTÍNEZ P.C.

                                          By: /s/ Damian L. Martínez
                                                DAMIAN L. MARTÍNEZ
                                                N.M. State Bar No. 14678
                                                P.O. Box 2699
                                                Las Cruces, NM  88004-2699
                                                (575) 524-8812
                                                dlm@hmm-law.com

DAVALOUS JAMON BROWN, *pro se*

By: _____
Davalous Jamon Brown (#80798)
Northeast New Mexico Detention Facility
185 Dr. Michael Jenkins Road
Clayton, NM 88415

## CERTIFICATE OF DELIVERY

I hereby certify that on this 25th day of Oct, I mailed a true and correct copy of the foregoing pleading to:

Davalous Jamon Brown (#80798)
Northeast New Mexico Detention Facility
185 Dr. Michael Jenkins Road
Clayton, NM  88415

_____
DAMIAN L. MARTÍNEZ