FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 29 2018

CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVALOUS JAMON BROWN,

    Plaintiff,

v.   No. CV 17-944 JB/JHR

LAS CRUCES POLICE DEPARTMENT, CITY OF;
DONA ANA COUNTY SHERIFF DEPARTMENT;
DONA ANA COUNTY DETENTION CENTER; et al;

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the *Joint Motion to Dismiss with Prejudice* (Doc. 26) to dismiss the instant matter with prejudice; the Court having reviewed its file and being otherwise sufficiently advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that all of Plaintiff's claims Doña Ana County and Deputy Chase Thouvenell in this case be, and hereby are, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

HOLT MYNATT MARTÍNEZ P.C.

By: /s/ Damian L. Martinez
DAMIAN L. MARTÍNEZ
N.M. State Bar No. 14678
P.O. Box 2699
Las Cruces, NM 88004-2699
(575) 524-8812
dlm@hmm-law.com


DAVALOUS JAMON BROWN, *pro se*

By: /s/ D. J. B.
Davalous Jamon Brown (#80798)
Northeast New Mexico Detention Facility
185 Dr. Michael Jenkins Road
Clayton, NM 88415