IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVALOUS JAMON BROWN,**

    Plaintiff,

vs.                                                      No. 2:17-cv-00944-JB-JHR

**LAS CRUCES POLICE DEPARTMENT, et al.,**

    Defendants.

## ENTRY OF APPEARANCE FOR DEFENDANTS

**COMES NOW** attorney Mark D. Standridge, Deputy City Attorney for the City of Las Cruces, and hereby enters his appearance for and on behalf of Defendants Officer Brad Lunsford, Police Chief Jaime Montoya, and Mayor Ken Miyagishima in their individual/personal capacities[1], in the above-entitled cause of action.

                                                            Respectfully submitted,

                                                            /s/ Mark D. Standridge
                                                           Mark D. Standridge
                                                           City of Las Cruces
                                                           Attorneys for Defendants
                                                           PO Box 20000
                                                           Las Cruces, NM 88004
                                                           (575) 541-2128
                                                           Fax: (575) 541-2017
                                                          mstandridge@las-cruces.org

---

[1] In its prior *Memorandum Opinion and Order*, Doc. No. 18 (filed May 7, 2018), p.6, this Court concluded that plaintiff "has initiated a personal capacity suit rather than an official capacity suit against the individual Defendants." This Court also determined that plaintiff had not named the City of Las Cruces itself, dismissed plaintiff's claims against the Las Cruces Police Department, and determined that plaintiff had not pleaded a claim under *Monell v. Dep't of Soc. Serv. of City of New York*, 436 U.S. 658 (1978). Doc. No. 18, at pp.15-16, 24.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2018, I served a true and correct copy of the foregoing via U.S. Mail in a properly addressed and stamped envelope to:

Davalous Jamon Brown, #80798
Plaintiff *pro se*
NENMDF
185 Dr. Michael Jenkins Rd.
Clayton, NM 88415

 /s/ Mark D. Standridge
Mark D. Standridge
City of Las Cruces