

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

**Mitchell R. Elfers**
**Clerk of Court**

September 12, 2019

Clerk of the District Court
First Judicial District Court
P. O. Box 2268
Santa Fe, NM 87504-2268

RE: Davalous Jamon Brown v. Las Cruces Police Department, City of et al.,  17cv944 JB/JHR

Dear Sir or Madam:

Please find enclosed a certified copy of the Order, along with the entire case file, remanding this case to your Court.

Please acknowledge receipt of these records by returning a copy of this letter to this office.

Yours truly,

Mitchell R. Elfers, Clerk

By:_____/s/_____
   Deputy Clerk